Argued and submitted March 15, reversed and remanded April 10, 1985

In the Matter of the Marriage of

COOK, nka Wells,
*Appellant,*
*and*

COOK,
*Respondent.*

(137,528; CA A33396)

697 P2d 1008

Clayton C. Patrick, Salem, argued the cause for appellant. On the brief was Timothy B. O'Neill, Salem.

A. B. Cummins, Jr., Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

This is an appeal from a modification proceeding in a domestic relations case, in which the trial court reduced father's monthly child support obligation for two children from $250 to $170. Because we are unable to find the requisite *substantial* change of circumstances in our *de novo* review of the record, we reverse. We remand for a determination of wife's attorney fees for the modification proceeding. Costs to wife.